RECEIVED
OCT 11 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,<br><br>Petitioner,<br><br>vs.<br><br>PAINTERS AFL-CIO LOCAL UNION 1176,<br><br>Respondent. | Case Number:<br><br>[PROPOSED] ORDER TO SHOW CAUSE<br><br>CV 18 80 180 MISC JSC |

Petitioner, R. Alexander Acosta, Secretary of Labor, United States Department of Labor (the "Secretary"), has petitioned this Court for an Order requiring Respondent Painters AFL-CIO Local Union 1176 ("Respondent") to produce documents requested in an administrative subpoena *duces tecum* issued by the Office of Labor-Management Standards, U.S. Department of Labor ("OLMS"), and duly served upon Respondent. Having considered the matters set forth in the Secretary's petition and accompanying documents, it is hereby:

**ORDERED** that Respondent appear and **SHOW CAUSE**, if any there be, why it should not be ordered by this Court to comply with the administrative subpoena *duces tecum* issued to Respondent by the Office of Labor Management Standards, U.S Department of Labor; and it is further

**ORDERED** that Respondent serve and file with the Clerk of this Court, no later than October 30, 2018 a response to the Secretary's Petition, specifically admitting or denying each allegation of the Petition, and setting forth the cause, if any there be, why the Petition should not be granted; and it is further

**ORDERED** that the Secretary shall file any Reply to the Response no later than November 6, 2018 ;

[PROPOSED] ORDER    *Acosta v. Painters AFL-CIO Local Union 1176*

Page **1** of **2**

**ORDERED** that Local 1176 appears at a hearing to be held on the Petition on November 29, 2018, at 9:00 o'clock a.m./~~p.m.~~, in courtroom number F, 15th Floor, located at 450 Golden Gate Ave in San Francisco; and

**ORDERED** that an Investigator from the Office of Labor Management Standards, U.S. Department of Labor, shall serve copies of this Order to Show Cause and a copy of the Petition and supporting documents on Respondents.

Dated: October 16, 2018

**GRANTED**
*Jacqueline Scott Corley*
Judge Jacqueline Scott Corley

Presented by:

ALEX G. TSE
United States Attorney

_____

TARA STEARNS
Special United States Attorney

Attorneys for Petitioner Secretary of Labor,
United States Department of Labor

[~~PROPOSED~~] ORDER  *Acosta v. Painters AFL-CIO Local Union 1176*

Page **2** of **2**